UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
RONALD PASQUALE;                 :
COLLEEN PASQUALE                 : Motion Date: April 4, 2016
                                 :
        Plaintiffs,              : Civil Action No.: 16-00012(PGS)
                                 :
v.                               :
                                 :
INFLUENTIAL PARTNERS, LLC;       :
PATRICIA A. FITZ GERALD, ESQ.;   :   CERTIFICATION OF
JACK SWIFT; and JOHN DOES 1-25,  :   JACQUELINE B. BITTNER
                                 :
        Defendants.              :
_____ :
```

JACQUELINE B. BITTNER, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and counsel for defendant Influential Partners, L.L.C. in this lawsuit. I submit this certification in support of Influential Partners, LLC's Motion to Dismiss Plaintiffs' Complaint, or in the Alternative for Summary Judgment. The Ocean County Clerk provided the following in response to our request for certified true copies of the following public records:

<u>Mortgages and Assignments</u>

2. Attached hereto as **Exhibit A** is a certified true copy of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation, made on December 30, 2004, and recorded on January 19, 2005

1

      with the Ocean County Clerk, in Book 12432 at page 359 as Instrument #2005011537, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

3. Attached hereto as **Exhibit B** is a certified true copy of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation, made on July 1, 2005, and recorded on September 6, 2005 with the Ocean County Clerk, in Book 12799 at page 716 as Instrument #2005160526, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

4. Attached hereto as **Exhibit C** is a certified true copy of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation, made on July 1, 2005, and recorded on September 6, 2005 with the Ocean County Clerk, in Book 12799 at page 700 as Instrument #2005160525, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

5. Attached hereto as **Exhibit D** is a certified true copy of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation, made on January 25, 2006, and recorded on March 8, 2006 with the Ocean County Clerk, in Book 13072 at page 47 as Instrument #2006041210, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

6. Attached hereto as **Exhibit E** is a certified true copy of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation, made on November 1, 2006, and recorded on November 20, 2006 with the Ocean County Clerk, in Book 13416 at page 0268 as Instrument #2006182133, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

7. Attached hereto as **Exhibit F** is a certified true copy of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, Countrywide Home Loans, Inc., made on March 7, 2007, and recorded on March 22, 2007 with the Ocean County Clerk, in Book 13570 at page 533 as Instrument #2007040177, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

8. Attached hereto as **Exhibit G** is a certified true copy of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, J.B.S. Investments, Inc., made on March 12, 2008, and recorded on March 17, 2008 with the Ocean County Clerk, in Book 13948 at page 1558 as Instrument #2008028671, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

9. Attached hereto as **Exhibit H** is a certified true copy of an Assignment from J.B.S. Investments, Inc. to Randolph Christian Church of a Mortgage between the Borrowers,

      Colleen M. Pasquale and Ronald Pasquale, and the Lender, J.B.S. Investments, Inc., made on March 12, 2008, which Assignment was recorded on December 12, 2008 with the Ocean County Clerk, in Book 14170 at page 0788 as Instrument #2008125118, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

10. Attached hereto as **Exhibit I** is a certified true copy of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, Influential Partners, L.L.C., made on March 18, 2010, and recorded on March 26, 2010 with the Ocean County Clerk, in Book 14557 at page 1711 as Instrument #2010026052, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

11. Attached hereto as **Exhibit J** is a certified true copy of an Assignment from Countrywide Home Loans, Inc. to Bank of America, N.A. Successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, L.P. of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, Countrywide Home Loans, Inc. made on September 7, 2011, which Assignment was recorded on September 13, 2011 with the Ocean County Clerk, in Book 14972 at page 1519 as Instrument #2011080917, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

12. Attached hereto as **Exhibit K** is a certified true copy of a Loan Modification Agreement between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, Bank of America, N.A., entered into August 15, 2012, and recorded on August 8, 2013 with the Ocean County Clerk, in Book 15608 at page 661 as Instrument #2013086617, and modifying a first lien note and mortgage dated March 7, 2007 securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

13. Attached hereto as **Exhibit L** is a certified true copy of an Assignment from Bank of America, N.A. to Federal National Mortgage Association dated September 12, 2013 of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, Countrywide Home Loans, Inc. made on March 7, 2007, which Assignment was recorded on September 25, 2013 with the Ocean County Clerk, in Book 15647 at page 967 as Instrument #2013104222, and securing property located at 771 Maple Avenue, Brick, New Jersey 08724.

<u>Discharges</u>

14. Attached hereto as **Exhibit M** is a certified true copy of a Discharge dated July 19, 2005 by GMAC Mortgage Corporation of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation made on December 30, 2004 and securing property at 771 Maple Avenue, Brick, New Jersey, 08724, which Discharge was

recorded on July 26, 2005 with the Ocean County Clerk, in Book 12727 at page 1608 as Instrument #2005132731.

15. Attached hereto as **Exhibit N** is a certified true copy of a Discharge dated February 10, 2006 by GMAC Mortgage Corporation of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation made on July 1, 2005 and securing property at 771 Maple Avenue, Brick, New Jersey, 08724, which Discharge was recorded on February 24, 2006 with the Ocean County Clerk, in Book 13058 at page 446 as Instrument #2006034593.

16. Attached hereto as **Exhibit O** is a certified true copy of a Discharge dated November 16, 2006 by GMAC Mortgage Corporation of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation made on July 1, 2005 and securing property at 771 Maple Avenue, Brick, New Jersey, 08724, which Discharge was recorded on November 29, 2006 with the Ocean County Clerk, in Book 13427 at page 1406 as Instrument #2006186730.

17. Attached hereto as **Exhibit P** is a certified true copy of a Discharge dated November 17, 2006 by GMAC Mortgage Corporation of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation made on January 25, 2006 and securing property at 771 Maple Avenue, Brick, New Jersey, 08724, which

Discharge was recorded on November 29, 2006 with the Ocean County Clerk, in Book 13427 at page 1554 as Instrument #2006186752.

18. Attached hereto as **Exhibit Q** is a certified true copy of a Discharge dated March 23, 2007 by MERS for GMAC Mortgage Corporation of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, GMAC Mortgage Corporation made on November 1, 2006 and securing property at 771 Maple Avenue, Brick, New Jersey, 08724, which Discharge was recorded on April 3, 2007 with the Ocean County Clerk, in Book 13584 at page 1948 as Instrument #2007046303.

19. Attached hereto as **Exhibit R** is a certified true copy of a Discharge dated June 3, 2010 by Church Alive, d/b/a Randolph Christian Church of a Mortgage between the Borrowers, Colleen M. Pasquale and Ronald Pasquale, and the Lender, J.B.S. Investments, Inc. made on March 12, 2008 and subsequently assigned to Randolph Christian Church and securing property at 771 Maple Avenue, Brick, New Jersey, 08724, which Discharge was recorded on June 10, 2010 with the Ocean County Clerk, in Book 14614 at page 624 as Instrument #2010051220.

Trade Name Certificates

20. Attached hereto as **Exhibit S** is a certified true copy of a

     N.J. Certificate of Trade Name for business to be conducted under the name of "ProServNJ" dated June 27, 2007 by Ronald Pasquale and recorded on June 27, 2007 with the Ocean County Clerk, in Book 13691 at page 1287 as Instrument #2007089180.

21.    Attached hereto as **Exhibit T** is a certified true copy of a N.J. Certificate of Trade Name for business to be conducted under the name of "PCS ProMedia" dated February 6, 2015 by Ronald Pasquale and recorded on February 6, 2015 with the Ocean County Clerk, in Book 16002 at page 259 as Instrument #2015011685.

    I certify under penalty of perjury that the foregoing is true and correct. Executed in Perth Amboy, New Jersey pursuant to 28 U.S.C. §1746 on this 7th day of March, 2016.

s/ Jacqueline B. Bittner<br>JACQUELINE B. BITTNER