UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JACQUELINE B. BITTNER, ESQ.
40 Fayette Street, No. 63
Perth Amboy, New Jersey 08861
(732) 324-7415
Attorney for Defendant
Influential Partners, L.L.C.

| | |
|---|---|
| **RONALD PASQUALE;** : | |
| **COLLEEN PASQUALE** : | |
| : | |
| Plaintiffs, : | Civil Action No.: 16-00012 (PGS) |
| : | |
| v. : | |
| : | |
| **INFLUENTIAL PARTNERS, LLC**; : | DOCUMENT ELECTRONICALLY FILED |
| **PATRICIA A. FITZ GERALD, ESQ.**; : | |
| **JACK SWIFT; and JOHN DOES 1-25**,: | |
| : | |
| Defendants. : | |
| : | |

To:  Jeremy M. Glapion                    Meredith Kaplan Stoma, Esq.
     THE GLAPION LAW FIRM, L.L.C.         Morgan Melhuish Abrutyn
     1704 Maxwell Drive                   651 W. Mt. Pleasant Avenue, Suite 200
     Wall, New Jersey 07719               Livingston, New Jersey 07039
     Attorney for Plaintiffs              Attorney for Defendant,
                                          Patricia A. Fitz Gerald

     Lora B. Glick, Esq.
     LAW OFFICES OF LORA B. GLICK, L.L.C.
     Eatontown Executive Center
     One Main Street, Suite 511
     Eatontown, New Jersey 07724
     Attorney for Defendant Jack Swift

**DEFENDANT INFLUENTIAL PARTNERS' MOTION TO CONFIRM PLAINTIFFS' MOTION TO DISMISS WAS MOOTED BY DEFENDANT'S AMENDED COUNTERCLAIMS, OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME TO RESPOND**

Defendant Influential Partners submits that its Amended Counterclaims mooted Plaintiffs' Motion to Dismiss.  <u>See</u>, <u>e.g.</u>, <u>McKinley v. Skyline Corp.</u>, 900 F.Supp. 2d 408, 411 n. 6 (D.N.J. 2012).

If the Court finds otherwise, Defendant Influential Partners respectfully requests that the Court allow an additional two weeks to respond from the date of the entry of any order declaring Plaintiffs' motion not mooted by Defendant's Amended Counterclaims.

                                                  s/ Jacqueline B. Bittner
                                                  Jacqueline B. Bittner

Dated: August 1, 2016